**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Homer Daney                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-11580 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon Trust Company, NA, fka The Bank of New York Trust Company, NA, as successor to JPMorgan Chase Bank, NA, as trustee, in trust for the Holders of Truman Mortgage Loan Trust 2002-1, Asset-Backed Certificates, Series 2002-1 and index same on the master mailing list.

                                                        Respectfully submitted,

                                                        /s/ *Michael Farrington*
                                                        PA Eastern BK
                                                        16 May 2024, 13:48:16, EDT

                                                        KML Law Group, P.C.
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA 19106-1532
                                                        (215) 627-1322