United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11580-pmm |
| Homer Daney | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 04, 2024 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Homer Daney, 510 Nazareth Pike, Nazareth, PA 18064-9084 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Jun 05 2024 00:09:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 05 2024 00:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Homer Daney claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor The Bank of New York Mellon Trust Company  NA, fka The Bank of New York Trust Company, NA, as successor to JPMorgan Chase Bank, NA, as trustee, in trust for the Holders of Truman Mortgage Loan Trust 2 |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jun 04, 2024 | Form ID: pdf900 | Total Noticed: 3

mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>**Homer Daley**<br><br>**Debtor** | **CHAPTER 13**<br><br>**CASE NO – 24-11580-PMM** |

## ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Continue the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(c) and Fed. R. Bankr. P. 4001(a).

BY THE COURT:

*Patricia M. Mayer*
_____
**Patricia M. Mayer**
**UNITED STATES BANKRUPTCY JUDGE**

**Date: June 4, 2024**