IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| HOMER DANEY, | : CASE NO. 24-11580 PMM |
| | : |
| DEBTOR, | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : September 5, 2024 @ 10:00 a.m. |
| | : |
| MOVANT, | : |
| | : |
| V. | : |
| | : |
| HOMER DANEY, | : |
| | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 27 |

<u>CERTIFICATE OF SERVICE OF PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED
CHAPTER 13 PLAN</u>

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Chapter 13 Plan, on the parties at the below addresses, on August 29, 2024, by:

**24-11580 PMM Notice will be electronically mailed to:**

Jonathan Wilkes Chatham at RA-occbankruptcy7@pa.gov

Denise Elizabeth Carlon at bkgroup@kmllawgroup.com

Charles Laputka at claputka@laputkalaw.com, jen@laputkalaw.com; jbolles@laputkalaw.com; laputka.charlesb@notify.bestcase.com

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

Scott F. Waterman at ECFMail@ReadingCh13.com

**24-11580 PMM Notice will not be electronically mailed to:**

EXECUTED ON:  August 29, 2024

                                          Respectfully submitted by,

                        By:    /s/ Jonathan W. Chatham
                                Deputy Chief Counsel
                                PA Department of Revenue
                                Office of Chief Counsel
                                P.O. Box 281061
                                Harrisburg, PA 17128-1061
                                PA Attorney I.D.:  209683
                                Phone: (717) 783-3673
                                Facsimile: (717) 772-1459