Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 24-11580-PMM

Homer Daney
510 Nazareth Pike
Nazareth  PA    18064

Petition Filed Date: 05/08/2024
341 Hearing Date: 07/16/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

**\*\*There were no receipts posted to this case for the time period selected\*\***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $7,106.88 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $48.12 | $0.00 | $0.00 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 3 | LOWER NAZARETH TWP<br>»» 002 | Unsecured Creditors | $10,000.00 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $876.81 | $0.00 | $0.00 |
| 5 | SELECT PORTFOLIO SERVICING INC<br>»» 004 | Mortgage Arrears | $70,322.33 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11580-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,870.00 | Current Monthly Payment: | $1,935.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,935.00 |
| Paid to Trustee: | $387.00 | Total Plan Base: | $116,100.00 |
| Funds on Hand: | $3,483.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.