# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re Homer Daney** | : | Chapter 13 |
| | : | |
| | : | Case No. 24-11580-PMM |
| | : | |
| **Debtor.** | : | |

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay ("the Motion") (Doc. #31), seeking relief pursuant to 11 U.S.C. §362, and after hearing, and for the reasons stated in court;

It is hereby **ORDERED** that the motion is **DENIED** for failure to prosecute.

**Date: November 12, 2024**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**