**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: § | |
| HOMER DANEY § | CASE NO. 24-11580-PMM |
| § | |
| § | |
| § | |

### ORDER

Upon consideration of the oral Motion for Leave to Withdraw as Counsel, any responses filed thereto and any hearing held,

IT IS HEREBY ORDERED AND DECREED that said Motion is GRANTED;

IT IS FURTHER ORDERED that Counsel is relieved of all further responsibility in the representation of Homer Daney in this matter.

BY THE COURT:

**Date: November 19, 2024**

*Patricia M. Mayer*
_____
PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE