United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Homer Daney  
    Debtor

Case No. 24-11580-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Feb 28, 2025      Form ID: pdf900      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Homer Daney, 510 Nazareth Pike, Nazareth, PA 18064-9084 |
| 14881809 | + | AT&T, PO BOX 537104, Atlanta, GA 30353-7104 |
| 14881810 | + | Commonwealth of PA - Dept of Labor & Ind, 1315 Labor & Industry Blvd - 7th & Foste, Harrisburg, PA 17121-0001 |
| 14881811 | + | Commonwealth of PA - Dept of Revenue, Bureau of Compliance - Lien Section, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14881812 | | David J. Apothaker, Esq, 520 Fellowship Road, Suite C 306, Mount Laurel, NJ 08054-3410 |
| 14881813 | + | Gary N. Asteak, Esquire, 726 Walnut St, Easton, PA 18042-4309 |
| 14899651 | + | Lower Nazareth Township, Gary Neil Asteak, Esquire, 726 Walnut Street, Easton PA 18042-4309 |
| 14881815 | + | Lower Nazareth Township, 623 Municipal Drive, Nazareth, PA 18064-8981 |
| 14881819 | + | Orthopaedic Assocaites of Allentown LTD, 1243 S Cedar Crest Blvd - 2nd Floor, Allentown, PA 18103-6228 |
| 14890972 | + | The Bank of New York Mellon Trust Company, NA, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 01 2025 01:46:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 01 2025 01:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14881814 | ^ | MEBN | Mar 01 2025 00:42:31 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14904869 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2025 02:07:34 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14881817 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2025 02:08:25 | LVNV Funding LLC, 625 Pilot Road - Ste 3, Las Vegas, NV 89119-4485 |
| 14881816 | + | Email/Text: Bankruptcy@keystonecollects.com | Mar 01 2025 01:47:00 | Lower Nazareth Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14881818 | + | Email/Text: Bankruptcy@keystonecollects.com | Mar 01 2025 01:47:00 | Nazareth Area School Distict, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14927920 | + | Email/Text: Bankruptcy@keystonecollects.com | Mar 01 2025 01:47:00 | Nazareth Area School District -, Lower Nazareth Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14881820 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 01 2025 01:47:00 | PA Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14881821 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2025 02:07:36 | Portfolio RC, 120 Corporate Blvd suite 100, Norfolk, VA 23502 |
| 14882856 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 01 2025 01:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 28, 2025 | Form ID: pdf900 | Total Noticed: 24 |

| | | | |
|---|---|---|---|
| | | | 17128-0946 |
| 14881822 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Mar 01 2025 01:47:00 | Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14890805 | ^ MEBN | | |
| | | Mar 01 2025 00:42:32 | The Bank of New York Mellon Trust Company, NA, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14907107 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Mar 01 2025 01:47:00 | The Bank of New York Mellon Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 02, 2025              Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2025 at the address(es) listed below:

**Name**  **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor The Bank of New York Mellon Trust Company NA, fka The Bank of New York Trust Company, NA, as successor to JPMorgan Chase Bank, NA, as trustee, in trust for the Holders of Truman Mortgage Loan Trust 2 bkgroup@kmllawgroup.com

JONATHAN WILKES CHATHAM
on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    Homer Daney

Chapter 13

Bankruptcy No. 24-11580-PMM

Debtor

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED and Debtor is barred from filing bankruptcy, either individually or jointly with a spouse under any section of the code, without prior leave of Court FOR A PERIOD OF ONE YEAR.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: February 27, 2025**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE